**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:**

UNITED STATES OF AMERICA

vs.

INTERNATIONAL PLASTERING, INC.

## COMPLAINT

Plaintiff, United States of America, on behalf of the U.S. Department of Labor, Occupation Safety and Health Administration, hereby brings this action against International Plastering, Inc., and states:

## PRELIMINARY STATEMENT

1. This is an action under the Occupational Safety and Health Act of 1970 ("Act"), 29 U.S.C. § 651 et seq., to recover civil penalties assessed thereunder; to recover interest, additional penalties, and administrative costs thereon pursuant to 31 U.S.C. 3717 and 31 C.F.R. 901.9; and to recover interest pursuant to 28 U.S.C. § 1961.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1345, 1355, and 29 U.S.C. § 666(I).

3. This Court has jurisdiction over the Defendant as the Defendant conducted, and is conducting, its business within this District, and the underlying penalties sought to be collected herein were assessed based on the unsafe workplaces that Defendant operated in this District.

4. Venue is appropriate within this District pursuant to 28 U.S.C. § 1391 and 29 U.S.C. § 666(l).

5. Venue is appropriate in this Division pursuant to Local Rule 1.02(b) (3) and Local Rule 1.02(c), as Defendant conducted, and is conducting, its business activities herein.

**PLAINTIFF**

6. The Occupational Safety and Health Administration ('OSHA") is the component of the U.S. Department of Labor charged with enforcing the Act and with promulgating and enforcing work place safety and health Standards ("Standards") thereunder.

7. Pursuant to 29 U.S.C. § 653(a) of the Act, both the Act and the Standards promulgated thereunder are applicable to employment conducted in each of the United States.

8. Pursuant to 29 U.S.C. § 654 of the Act, employers are obligated to provide their employees with a workplace free of recognized hazards causing or likely to cause death or serious physical harm.

9. Pursuant to 29 U.S.C. § 655 of the Act, the Secretary of the Department of Labor is authorized to promulgate workplace safety and health Standards and, pursuant to 29 U.S.C. § 657(a) of the Act, the Secretary can enter and inspect workplaces to ensure compliance with those Standards.

10. Pursuant to 29 U.S.C. § 658 of the Act, if the Secretary finds violations of any duties or Standards imposed by the Act, she may issue citations and, pursuant to 29 U.S.C. § 659(a), (b) of the Act, may assess penalties for such violations.


LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR • • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

11. Pursuant to 29 U.S.C. § 659(a), (b) of the Act, an employer has fifteen working days from receipt of notice of a penalty within which to notify the Secretary that he intends to contest the citation or proposed assessment of penalty, failing which the citation and assessment "shall be deemed the final order of the [Occupational Safety and Health Review] Commission ["Commission"] and not subject to review by any court or agency." (emphasis added).

12. Pursuant to 29 U.S.C. § 666(l) of the Act, the United States is authorized to bring this civil action to recover unpaid civil penalties assessed under the Act.

13. As to civil penalties assessed under the Act, the United States is also authorized to assess: interest pursuant to 31 U.S.C. § 3717(a),(b) and/or 31 C.F.R. § 901.9(a),(b); additional penalties pursuant to 31 U.S.C. § 3717(e)(2) and/or 31 C.F.R. § 901.9(a),(d); and administrative costs pursuant to 31 U.S.C. § 3717(e)(1) and/or 31 C.F.R. § 901.9(a),(c). The United States is permitted to collect each of the foregoing amounts in this action.

**DEFENDANT**

14. International Plastering, Inc., is a Florida corporation which at all relevant times conducted, or is conducing, its business within this District, including facilities at 19870 NW 27th Ave., Miami, FL 33056.

**COUNT I**

**29 U.S.C. § 666(l)**

**19870 NW 27th Ave., Miami, FL 33056. – Inspection # 311083976– Date: 8/30/07**

15. Plaintiff incorporates by reference the allegations of paragraphs 1-14 above as if more fully set forth herein.



LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR • • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

16. This count is brought to collect unpaid civil penalties assessed under the Act, as well as interest, additional penalties, administrative costs, and interest thereon as authorized by law.

17. On August 30, 2007, OSHA conducted an inspection of Defendant's place of business at 19870 NW 27th Ave., Miami, FL 33056, and found various violations of the Standards.

18. OSHA timely notified Defendant in writing that a penalty of $39,500.00 would be assessed for the above-referenced violations. See attached Exhibit "A"

19. That notice was sent by U.S. Postal Service certified mail and received and signed for by an employee of Defendant. See attached Exhibit "B"

20. Defendant failed to pay or respond to that notice within fifteen working days thereafter, and thus, pursuant to § 659(a),(b) of the Act, that penalty is deemed a final order of the Commission and Is not subject to judicial or agency review.

21. As of April 16, 2010, Defendant owed a principal amount of $39,405.83 and Administrative costs in the amount of $13,406.11, for a total of $52,811.94. A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "C"

22. By virtue of the foregoing, the United States is entitled to judgment in the amount of the unpaid civil penalties, interest, additional penalty, and administrative costs as set forth above, plus interest.

## CONCLUSION

WHEREFORE, the United States of America prays that the Court enter judgment in favor of the United States of America as follows:



LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR • • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

1. As to Count I, for a sum in the amount of $52,811.94 plus interest from the date of judgment pursuant to 28 U.S.C. § 1961.

2. Costs as appropriate.

3. All such other relief that the Court deems appropriate.

DATED this 14th day of February, 2012.

Respectfully submitted,

By:________________________

Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

ACTIVE: U06092/093890:3342792_1