UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20589-CIV-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| INTERNATIONAL PLASTERING, INC., | ) |
| Defendant. | ) |

## NOTICE OF FILING

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel files this Notice of Filing proof of service for Plaintiff's First Request for Production in Aid of Execution and Plaintiff's Notice of Service of First Set of Interrogatories in aid upon Defendant for INTERNATIONAL PLASTERING, INC., (See attached Exhibit "A").

Dated: June 20, 2012
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Fla Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by Regular US Mail on 22 day of June, 2012 on all counsel or parties of record on the attached service list.

_____
Steven M. Davis, Esq.

## SERVICE LIST

International Plastering, Inc.
c/o Roberto Sagahon
3907 N. Federal Highway, # 194
Pompano Beach, Florida 33064

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7118 9448 4182 6000 6988 | A. Signature<br>x *Carla Felini* ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name)<br>C. FELINI | C. Date of Delivery<br>6/5 |
| 1. Article Addressed to:<br>Batch #: 30668<br>*Intfic*<br>*plase ivy*<br><br>**Roberto Sagahon**<br>**3907 N. Federal Highway #194**<br>**Pompano Beach, FL 33064**<br><br>6/7/2012  4:26 PM | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below:    ☐ No | |
| | 3. Service Type    ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| ~~Code: Roberto Sagahon~~<br>Code2:  JG<br>File: | | |

PS Form 3811                     Domestic Return Receipt

**EXHIBIT A**